IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JASON D. DOEPNER,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>                Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:20-CV-111-DN<br><br>District Judge David Nuffer |

      In an Order dated December 14, 2020, the Court required Plaintiff to within thirty days pay an initial partial filing fee (IPFF) of $10 and submit a consent to have the remaining fee collected in increments from Plaintiff's inmate account. (ECF No. 5.) To date, Plaintiff has not complied, nor has Plaintiff responded to the Order. Indeed, Plaintiff has not contacted the Court since November 23, 2020--nearly three months ago. (ECF No. 4.)

      **IT IS ORDERED** that, because Plaintiff did not follow the Court's order to file an IPFF and consent, and has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

      Dated February 22, 2021.

BY THE COURT:

_____
David Nuffer
United States District Judge